Argued May 28, affirmed June 16, 1975

In the Matter of the Dissolution of the Marriage of LaFORGE, *Appellant, and* LaFORGE, (No. 398-461), *Respondent.*

536 P2d 430

*William G. Whitney,* Portland, argued the cause and filed the brief for appellant.

*James K. Neill, Jr.,* Portland, argued the cause for respondent. With him on the brief were Martin, Robertson & Neill, Portland.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

FOLEY, J.

The only issue in this dissolution proceeding is the award of custody of a six-year-old female child. The trial court awarded custody to the father with liberal visitation in the mother. The mother appeals, asserting that she should be awarded custody.

We have examined the record and discern that both parties are fit parents. The trial court found:

"* * * [F]ollowing the guidelines set down in Tingen v. Tingen [251 Or 458, 446 P2d 185 (1968)], I do find that the child's best interest will be met by this little girl's remaining with her father."

In this unhappy situation where a choice must be made between the parents, we hold, as did the trial court, that the evidence preponderates in favor of the father.

Affirmed.